RAM FINANCIAL, LLC; Financial Processing Services, LLC and Dart Investors, LP, Plaintiffs/Respondents,

v.

AMERICON, LLC; Patrick J. O'Basuyi, Personally and as Trustee of the Eden Revocable Trust Dated 18 February 2008 and The PCO Family Trust Dated 15 April 2011; Charidee M. O'Basuyi f/k/a Charidee M. Sweeten, Personally and as Trustee of the Edia Revocable Trust Dated 18 February 2008; Americon Infrastructure, LLC; Obax Worldwide, Ltd.; Obax, Inc.;

Obax Holdings, LLC; Charidee, LLC; Obax Gulsby Worldwide Process Systems, LLC; Obax Gulsby Worldwide Process Systems USA, LLC; Obax USA, LLC and John Doe(s), Defendants/Appellants.

No. ED 98431.

Missouri Court of Appeals, Eastern District, Division One.

Dec. 18, 2012.

Thomas A. Connelly, St. Louis, MO, for Plaintiffs/Respondents.

Steven W. Koslovsky, Clayton, MO, for Defendants/Appellants.

Before CLIFFORD H. AHRENS, P.J., GLENN A. NORTON, J., and SHERRI B. SULLIVAN, J.

*ORDER*

PER CURIAM.

Patrick J. and Charidee M. O'Basuyi appeal from the trial court's judgment denying their Motion to Compel Arbitration. We have reviewed the briefs of the parties and the record on appeal and conclude that the trial court did not abuse its discretion in denying the motion. An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).